**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

CARLOS NAHUN GIRON CEDILLOS,    )
                                )
    *Petitioner*,                )
                                )
    v.                          )    Case No. 1:25-cv-2210 (PTG/WBP)
                                )
KRISTI NOEM, *et al.*           )
                                )
    *Respondents*.              )
                                )

## <u>ORDER</u>

This matter comes before the Court on Petitioner's Petition for a Writ of Habeas Corpus (Dkt. 1). For the reasons stated from the bench, it is hereby

**ORDERED** that the Petition for a Writ of Habeas Corpus (Dkt. 1) is **GRANTED in part.** The Petition is **GRANTED** as to Petitioner's claims under the *Accardi* doctrine. The remaining claims are **DENIED** and **DISMISSED without prejudice**; it is further

**ORDERED** that Petitioner be immediately released from custody, with all his personal property; it is further

**ORDERED** that Respondents—along with their officers, agents, servants, employees, attorneys, successors, and assigns, and all persons acting in concert with them—are **ENJOINED** from removing Petitioner to Mexico unless and until he receives a Reasonable Fear Interview under 8 C.F.R. § 1208.31 and an immigration judge's review of any negative fear determination;

**ORDERED** that Respondents' unlawful revocation of Petitioner's Order of Supervision ("OSUP") is **VACATED**, and the conditions of supervision under the OSUP are **RESTORED**;

**ORDERED** that Respondents—along with their officers, agents, servants, employees, attorneys, successors, and assigns, and all persons acting in concert with them—be and are **ENJOINED** from rearresting Petitioner unless he has committed a new violation of any federal,

state, or local law, or has failed to attend any properly noticed immigration or court hearing, or pursuant to 8 U.S.C. § 1231(a)(2); and it is further

**ORDERED** that the Clerk enter judgment in Petitioner's favor pursuant to Federal Rule of Civil Procedure 58, forward copies of this Order to counsel of record, and close this civil action.

Entered this 23rd day of February, 2026.
Alexandria, Virginia

_____ /s/
Patricia Tolliver Giles
United States District Judge

2